Arif A. Durrani
Reg. No. 09027-014
Taft correctional Institution
P.O. Box 7001
Taft, CA 93268

FILED ENTERED
LODGED RECEIVED

JUL 26 2012

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

July 17, 2012

Office of the Clerk
U.S. District Court
101 West Lombard Street
Room 4415
Baltimore, MD 21201-2605

Reference: Docket No. R-90-0064
U.S. v. Clines

Dear Clerk:

I need a copy of the Slip Opinion filed on August 23, 1990, in the above docket. Please provide me the procedure and cost to secure a copy from the court.

Sincerely,

Arif A. Durrani

AAD:ar

Arif A. Durrani
reg. No. 09027-014
Taft Correctional Institution
P.O. BOx 7001
Taft, CA 93268




Equality
FOREVER

Clerk
U.S. District Court
101 West Lombard Street
Room 4415
Paltimore, MD. 21?01-2605

2120126295